UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT DEAN GRIFFIN, JR.,

                Plaintiff,

    v.

JAY INSLEE, ET AL.,

                Defendants.

Case No. 3:17-cv-06069-RBL-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's application to proceed *in forma pauperis* (Dkt. 2) is DENIED.

    (3)    This matter is DISMISSED without prejudice.

    (4)    The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 25th day of June, 2018.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION
- 1